IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

VICTOR LOGAN,
   Petitioner,

vs.               No. 18-3177-JTM

SHANNON MEYER, Warden, *et al.*,
   Respondents.

MEMORANDUM AND ORDER

  Under Rule 11 of the Rules Governing Section 2254 Cases, "the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A certificate of appealability should issue "only if the applicant has made a substantial showing of the denial of a constitutional right," and the Court identifies the specific issue that meets that showing. 28 U.S.C. § 2253.

  A petitioner meets this standard by showing "that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). For the reasons stated more fully in the court's Order of October 8, 2020 (Dkt. 26), the Court finds that petitioner has not satisfied this standard. Petitioner's arguments fell far short of demonstrating any constitutional deprivation, and the Court denies a certificate of appealability as to its ruling on petitioner's Section 2254 petition.

IT IS HEREBY ORDERED this day of October, 2020, that petitioner's motion (Dkt. 29) for a certificate of appealability as to the ruling on petitioner's Section 2254 petition is DENIED.

*J. Thomas Marten*
J. Thomas Marten, Judge
